UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(Electronically Filed)

CIVIL ACTION NO. 3:19-mc-00004-RGJ-CHL

UNITED STATES OF AMERICA                                          PETITIONER

v.

JEFFERSON NEAL                                                   RESPONDENT

## MOTION TO DISMISS

The petitioner, the United States of America, by counsel, states that the respondent,

Jefferson Neal, has complied with the Internal Revenue Service summons.

The petitioner prays that a dismissal be entered by the Court.

                                        Respectfully submitted,

                                        RUSSELL M. COLEMAN
                                        United States Attorney


                                         s/ Nicole S. Elver
                                        Nicole S. Elver
                                        Assistant United States Attorney
                                        717 West Broadway
                                        Louisville, Kentucky  40202
                                        Phone: (502) 582-6893
                                        Fax: (502) 625-7110
                                        Email: nicole.elver@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, a copy of the foregoing was filed electronically and mailed, postage prepaid, to counsel for the Respondent at the address below:


Robert A. Marshall
Robert A. Marshall, PLC
4965 U.S. Highway 42, Suite 1000
Louisville, KY 40222
COUNSEL FOR RESPONDENT


/s/ Nicole S. Elver
Nicole S. Elver
Assistant U.S. Attorney